

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Randy Lee Ellinwood, Appellant

No. 06-13-00020-CR      v.

The State of Texas, Appellee

Appeal from the 420th District Court of Nacogdoches County, Texas (Tr. Ct. No. F1219680). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect a plea of true to the first enhancement paragraph and a finding of true to the first enhancement paragraph. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Randy Lee Ellinwood, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 27, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk